IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-cv-00467-FL

| KELLY ROUTTEN, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | ORDER |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) |  |
| Defendant. | ) |  |

    IT APPEARS TO THE COURT THAT that Plaintiff Kelly Routten ("Decedent") died on August 27, 2024; that the claims pending against the Defendant in this action at the time of her death survive her death; that on October 11, 2024, Holli Brynne Routten was duly appointed as Administrator of the Estate of Kelly Routten, Wake County file number 24E003835-910; that Pursuant to Federal Rule of Civil Procedure 25(a), no action abates by reason of the death of a party if the cause of action survives; that the time for the presentation of such claims has not expired; and that all other requirements of the entry of this Order have been satisfied.

    IT IS THEREFORE ORDERED, ADJUDGED, and DECREED THAT Holli Brynne Routten, Administrator of the Estate of Kelly Routten, shall be substituted in that capacity as party-plaintiff for the Decedent and that this case caption shall be amended accordingly.

This the 7 day of February, 2025.

*Louise W. Flanagan*

Louise Wood Flanagan
United States District Judge