UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| HOLLI BRYNNE ROUTTEN, )<br>*Administrator of the Estate of Kelly Routten* )<br>        Plaintiffs, )<br>)<br>v. )<br>)<br>LIFE INSURANCE COMPANY OF )<br>NORTH AMERICA )<br>        Defendant ) | **JUDGMENT**<br>No. 5:22-CV-467-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 13, 2025 and for the reasons set forth more specifically therein, it is ordered that defendant's motion for summary judgment is GRANTED.

**This judgment Filed and Entered on March 13, 2025, and Copies To:**
Taylor Spencer Avioli (via CM/ECF Notice of Electronic Filing)
Aaron Pohlmann / Gemma Saluta (via CM/ECF Notice of Electronic Filing)

March 13, 2025      PETER A. MOORE, JR., CLERK

                /s/ Sandra K. Collins
               (By) Sandra K. Collins, Deputy Clerk